```
 1  RON MAIDENBERG, ESQ., SBN 124751
    rmaidenberg@comcast.net
 2  3645 Grand Avenue, Suite 307
    Oakland, California 94610
 3  Telephone:    (510) 444-3330
    Facsimile:    (510) 444-3527
 4
    Attorney for Plaintiffs
 5  CAROLYN BRYAN AND DAVID CLARK
```

                          UNITED STATES DISTRICT COURT

                          NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| CAROLYN BRYAN AND DAVID CLARK, ) | CASE NO.  C-08-03480 EMC |
|              Plaintiffs,       ) | DOE AMENDMENT TO COMPLAINT |
|     v.                         ) | |
| MARK WAYNE DARRAH,              ) | |
| SWD TRANSPORT LLC,              ) | |
| AND DOES 1 TO 10,               ) | |
|              Defendants.       ) | **MAGISTRATE JUDGE EDWARD M. CHEN** |

Upon filing the complaint herein, plaintiffs being ignorant of the true name of a defendant, and having designated said defendant in the complaint by the fictitious name of **DOE 1**, and having discovered the true name of said defendant to be the **ESTATE OF MARK WAYNE DARRAH, DECEASED,** hereby amend the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

Dated:  August 20, 2008

                                    s/Ron Maidenberg
                                    RON MAIDENBERG, ESQ.
                                    Attorney for Plaintiffs
                                    CAROLYN BRYAN and DAVID CLARK