1  RON MAIDENBERG, ESQ., SBN 124751
   rmaidenberg@comcast.net
2  3645 Grand Avenue, Suite 307
   Oakland, California 94610
3  Telephone:    (510) 444-3330
   Facsimile:    (510) 444-3527
4
   Attorney for Plaintiffs
5  CAROLYN BRYAN AND DAVID CLARK

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 CAROLYN BRYAN AND DAVID CLARK,    )   CASE NO.  C-08-03480 EMC
                                     )
12                Plaintiffs,        )   STIPULATION OF DISMISSAL OF
                                     )   ACTION BROUGHT BY DAVID CLARK
13        v.                         )   ONLY ; ORDER
                                     )
14 MARK WAYNE DARRAH,                )
   SWD TRANSPORT LLC,                )
15 AND DOES 1 TO 10,                 )
                                     )
16                Defendants.        )
                                     )   **MAGISTRATE JUDGE EDWARD M. CHEN**
17 _____)

18      IT IS HEREBY STIPULATED by and between plaintiff DAVID CLARK

19 only and all defendants herein, through their respective designated

20 counsel, that the above-captioned action be and hereby is dismissed

21 with prejudice pursuant to FRCP 41(a)(1).  Plaintiff CAROLYN BRYAN's

22 action herein is not being dismissed pursuant to this stipulation or

23 otherwise.

24 Dated: January 30, 2009                Dated: February 3, 2009

25 _____     _____
26 RON MAIDENBERG, ESQ.                  JEFFREY F. ONEAL, ESQ.
   Attorney for Plaintiff                Attorney for Defendant
27 DAVID CLARK    IT IS SO ORDERED       SWD TRANSPORT LLC

28
                        _____
                        EDWARD M. CHEN, MAGISTRATE JUDGE
   CASE NO. C-08-03480 EMC       STIPULATION FOR DISMISSAL OF ACTION       Page 1
              2/11/09            BROUGHT BY DAVID CLARK ONLY
              Date