```
RON MAIDENBERG, ESQ., SBN 124751
rmaidenberg@comcast.net
3645 Grand Avenue, Suite 307
Oakland, California 94610
Telephone:    (510) 444-3330
Facsimile:    (510) 444-3527

Attorney for Plaintiffs
CAROLYN BRYAN AND DAVID CLARK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BRYAN AND DAVID CLARK,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARK WAYNE DARRAH,<br>SWD TRANSPORT LLC,<br>AND DOES 1 TO 10,<br><br>    Defendants. | CASE NO. C-08-03480 EMC<br><br>STIPULATION FOR DISMISSAL OF ACTION BROUGHT BY CAROLYN BRYAN<br><br>ORDER<br><br><br><br>**MAGISTRATE JUDGE EDWARD M. CHEN** |

IT IS HEREBY STIPULATED by and between plaintiff CAROLYN BRYAN and all defendants herein, through their respective designated counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, as to all defendants, each of the parties to bear his/her/its own respective attorney's fees and costs, pursuant to FRCP 41(a)(1).

Dated: May 1, 2009

_/s/ Ron Maidenberg_
RON MAIDENBERG, ESQ.
Attorney for Plaintiff
CAROLYN BRYAN

Dated: May 4, 2009

_/s/ Jeffrey F. Oneal_
JEFFREY F. ONEAL, ESQ.
Attorney for Defendants
SWD TRANSPORT LLC and
ESTATE OF MARK WAYNE DARRAH

1  ORDER

2  The Court, having read and considered the foregoing
3  stipulation, based thereon, and good cause appearing, orders as
4  follows:
5  Plaintiff CAROLYN BRYAN's complaint is dismissed in its
6  entirety, with prejudice, as to all defendants, each of the parties
7  to bear his/her/its own respective attorney's fees and costs.
8  IT IS SO ORDERED.

10  Dated: May 5, 2009



IT IS SO ORDERED

Judge Edward M. Chen